FILED

MAR 22 2023

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:23-cr-041 |
| v. | INDICTMENT |
| MANI PANOAM DENG, | T. 18 U.S.C. § 922(g)(3) |
| | T. 18 U.S.C. § 924(a)(2) |
| Defendant. | T. 18 U.S.C. § 924(d) |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Unlawful User in Possession of a Firearm)**

On or about January 28, 2022, in the Southern District of Iowa, the defendant, MANI PANOAM DENG, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Glock, model 17 Gen 5, nine-millimeter pistol, with serial number BTZY772. At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, MANI PANOAM DENG, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kristin M. Herrera
Assistant United States Attorney