IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MANI PANOAM DENG,<br><br>    Defendant. | 4:23-cr-00041-SMR-HCA |

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**
**(NO PLEA AGREEMENT)**

The United States of America and the defendant, having both filed a written consent to conduct of the plea proceedings by a magistrate judge, appeared before me pursuant to Fed. R. Crim. P. 11 and LCrR 11. The defendant entered a plea of guilty to Count 1 of an Indictment which charged him with Unlawful User in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2). After cautioning and examining the defendant under oath concerning each of the subjects addressed in Rule 11, I determined that the guilty plea was in its entirety voluntarily, knowingly, and intelligently made and did not result from force, threats, or promises. I further determined that there is a factual basis for the guilty plea on each of the essential elements of the offense in question.

I recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly. A presentence report will be ordered and sentencing proceedings scheduled.

Date: 7/19/23
7/20/23 RAW

ROSS A. WALTERS
U.S. MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).